

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2019

No. 04-18-00491-CR

Nicolas **PENA** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2017CRF001125-D1
The Honorable Mark R. Luitjen, Judge Presiding

# O R D E R

After we granted Appellant's first motion for a sixty-day extension of time to file the brief, Appellant's court-appointed counsel José L. Arce timely filed the brief on January 22, 2019. *See* Tex. R. App. P. 38.6(a).

The same day, Ross A. Rodriguez, who states he is Appellant's newly retained appellate counsel, filed a motion for extension of time to file Appellant's brief. We construe the motion as a motion for extension of time to file an amended brief.

The motion is GRANTED. Appellant's amended brief is due on February 21, 2019.

**Any further motion for extension of time to file Appellant's brief will be disfavored.**

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice


IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2019.



KEITH E. HOTTLE,
Clerk of Court